# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2593

_____

| | | |
|---|---|---|
| Mark Randall Davis, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Frank Atkinson, Sheriff, Sebastian | * | Western District of Arkansas. |
| County, Arkansas; John Doe, Jailer, | * | [UNPUBLISHED] |
| Sebastian County Detention Center, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: August 29, 2003
Filed: September 4, 2003

_____

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Mark Randall Davis appeals from the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 action. Upon careful review of the

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.

record, we conclude that dismissal was proper for the reasons the district court stated. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.